UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
KHALIA HAYSLETT

                Plaintiff,

v.

WYTHE BERRY LLC AND PARCHED HOSPITALITY
GROUP, INC.

                Defendants.
---------------------------------------------------------------x

Docket No. 1:22-cv-07605 (LDH) (SJB)

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: December 12, 2023
       New York, New York

**PARKER HANSKI LLC**

By: _____
    Glen H. Parker, Esq.
    Attorneys for Plaintiff
    40 Worth Street, Suite 602
    New York, New York 10013
    Tel (212) 248-7400
    Fax (212) 248-5600
    ghp@parkerhanski.com

**LITCHFIELD CAVO LLP**

By: _____
    Michael K. Dvorkin, Esq.
    Attorney for the Defendant
    Wythe Berry LLC
    420 Lexington Avenue, Suite 2104
    New York, NY 10170
    D 212.818-0507
    F 212.434.0105
    Dvorkin@LitchfieldCavo.com

**RANKIN SAVIDGE, PLLC**

BY: _____
    Brian R. Kenney, Esq.
    Attorney for the Defendant

Parched Hospitality Group, Inc.
1527 Franklin Avenue, Suite 100
Mineola, New York 11501
(516) 208-1640
crankin@rankinsavidgelaw.com